**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01437-CR

**STEPHEN GLEN LIMBAUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-21347-I**

## ORDER

On April 28, 2014, this Court adopted the trial court's findings that appellant desires to pursue the appeal and that he is indigent and represented by court-appointed counsel David Pire. We ordered appellant to file his brief by May 27, 2014. To date, appellant has neither filed his brief nor communicated with the Court regarding the status of the brief.

Accordingly, we **ORDER** counsel David Pire to file appellant's brief within **FIFTEEN DAYS** of the date of this order. If the brief is not filed within the time specified, we will order that David Pire be removed as appellant's appointed attorney of record and will order the trial court to appoint new counsel to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Don Adams, Presiding Judge, Criminal District Court No. 2; David Pire; and Michael Casillas.

/s/    DAVID EVANS
        JUSTICE